MORRIS HELD, INC., Appellant, v. PHILIP LEVY, Defendant, and S. CYRUS LEVY, Respondent.— In an action to recover for goods sold and delivered to defendant Philip Levy, payment of which was guaranteed by defendant S. Cyrus Levy in consideration of the plaintiff's accepting installment payments, plaintiff's motion for judgment was denied by the City Court of Yonkers, and the order of denial was affirmed by the County Court, Westchester county. The appeal is by plaintiff from the order of affirmance. Order of the County Court reversed on the law, order of the City Court reversed, with costs in all courts, and motion for summary judgment granted, with ten dollars costs. The facts shown are not sufficient to entitle respondent to defend. The writing evidences a valid guaranty. Lazansky, P. J., Hagarty, Carswell and Adel, JJ., concur; Close, J., dissents and votes to affirm on authority of *Sun Oil Co.* v. *Heller* (248 N. Y. 28).

MARGARET HOVELL, as Administratrix, etc., of EDGAR THOMAS HOVELL, Deceased, Appellant, v. VICTOR J. DOWLING and THOMAS E. MURRAY, JR., as Receivers of INTERBOROUGH RAPID TRANSIT COMPANY, Respondents.—In an action by an administratrix to recover for the death of her intestate, who was killed by an elevated railroad train, order denying plaintiff's motion for an examination before trial affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ., concur.

LOUIS HULTZ, Respondent, v. HARRY HAVEN, Doing Business under the Firm Name and Style of HARRY HAVEN & SONS, Appellant.— In an action to recover compensation for overtime services, judgment of the County Court, Dutchess county, in favor of plaintiff, and order denying defendant's motion to set the verdict aside and for a new trial, unanimously affirmed, with costs to the respondent. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.